| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**MCDONNELL CROWLEY, LLC**<br>115 Maple Avenue – Suite 201<br>Red Bank, NJ 07701<br>(732) 383-7233<br>Brian T. Crowley<br>bcrowley@mchfirm.com<br>*Counsel to John M. McDonnell, Chapter 7 Trustee* | |
| In re:<br><br>ELIA J. ZOIS and MARIANA ZOIS,<br><br>    Debtors. | Case No. 19-12556 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### APPLICATION FOR RETENTION OF SPECIAL COUNSEL
### AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, John M. McDonnell, is the

    ☒ Trustee:    ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional, Perkins Coie LLP ("Perkins"), to serve as:

    ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

145564587.1

  ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee  ☐ Debtor-in-possession

  ☐ Official Committee of _____

☒ Other Professional:

  ☐ Realtor ☐ Appraiser ☒ Special Counsel

  ☐ Auctioneer ☐ Other (specify): _____

3. The employment of the professional is necessary because the Trustee requires counsel to render legal services in connection with a review, analysis and prosecution of various claims and causes of action seeking turnover of certain preferential and/or fraudulent conveyances by the Debtors arising under Chapter 5 of the Bankruptcy Code, as well as any other claims or causes of action as the Trustee may so direct.

4. The professional has been selected on the basis of its considerable experience in the field of bankruptcy, in particular Chapter 5 avoidance actions. The Trustee believes that Perkins is well qualified to serve as special counsel in this Chapter 7 case.

5. The professional services to be rendered are as follows:

Review, analysis and prosecution of various causes of action seeking turnover of preferential, fraudulent conveyances by the Debtors arising under Chapter 5 of the Bankruptcy Code, as well as any other claims or causes of action as the Trustee may so direct.

145564587.1

6. The proposed arrangement for compensation is as follows:

| | |
|---|---|
| Partners/Counsel | $730 and $995* |
| Associates | $510 and $565 |
| Paralegals | $245 - $265 |

> ***The Partner billing at a rate of $995 will have very limited involvement within this case. The bulk of the work will be handled by Deborah M. Kennedy, Senior Counsel, with a billing rate of $730 /hour or lower billing associates.**

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, is as follows:

☐   None

☒   Describe connection:

Perkins has no connection with the Debtors or any of the defendant(s) to be named in adversary proceedings to be brought by the Trustee in which Perkins will represent the Trustee. Perkins has <u>not</u> performed a search of any other connections with any other parties in the bankruptcy case or any other adversary proceeding.

Due to the size and diversity of its practice, Perkins may have represented or otherwise dealt with, and may now be representing or otherwise dealing with various persons and or entities (and their attorneys and accountants) who are or may consider themselves creditors and/or parties-in-interest in these bankruptcy cases. However, such representation or involvement, if any, does not relate to Debtors or their estates.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒   does not hold an adverse interest to the estate.

☒   does not represent an adverse interest to the estate.

☒   is a disinterested person under 11 U.S.C. § 101(14).

145564587.1

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e)

☐ Other; explain:

_____
_____
_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____
_____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: September 3, 2019         */s/ John M. McDonnell*
                                Signature of Applicant

                                John M. McDonnell, Chapter 7 Trustee
                                Name of Applicant

                                        and

                                **MCDONNELL CROWLEY, LLC**
                                *Counsel for John M. McDonnell, Chapter 7 Trustee*


                                By:    */s/ Brian T. Crowley*
                                       BRIAN T. CROWLEY

## CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all the following who did not receive electronic notice from the Court: the United States Trustee, the Debtors and/or Debtors' attorney, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice, all of whose addresses are shown on the attached service list, by regular mail, postage prepaid, within one (1) day after filing with the Court.

Date:  September 3, 2019        Signed: */s/ Brian T. Crowley*
                                        BRIAN T. CROWLEY

145564587.1