UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MCDONNELL CROWLEY, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell, Chapter 7*
*Trustee*

In re:

ELIA J. ZOIS and MARIANA ZOIS,

              Debtors.

Case No. 19-12556 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, Jeffrey D. Vanacore, Esq., being of full age, certify as follows:

1.    I am seeking authorization to be retained as Special Counsel to the chapter 7 Trustee to render legal services in connection with a review, analysis and prosecution of various claims and causes of action seeking the return of certain preferential, fraudulent conveyances arising under chapter 5 of the Bankruptcy Code, and any other entities and causes of action as the Trustee may so direct.

2.    My professional credentials include:

I am an attorney-at-law duly admitted to practice before the courts in the State of New Jersey. I am an attorney in the law firm of Perkins Coie LLP ("Perkins").

3.    I maintain offices for the practice of law at 1155 6th Avenue, 22nd Floor, New York, New York 10036.

145564712.1

4.    The proposed arrangement for compensation, including range of hourly rates, if applicable, is as follows:

Partners/Counsel       $730 and $995
Associates             $510 and $565
Paralegals             $245 and $265

5.    To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒    Describe connection: See #6

6.    To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐    None

☒    Describe connection:

Perkins has no connection with the debtors and will file a supplemental disclosure, if necessary, should there will any connection between Perkins and any defendant to be named in an adversary proceeding in which Perkins will represent the Trustee.

Due to the size and diversity of its practice, Perkins may have represented or otherwise dealt with, and may now be representing or otherwise dealing with various persons and or entities (and their attorneys and accountants) who are or may consider themselves creditors and/or parties-in-interest in these bankruptcy cases.

7.    To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒    do not hold an adverse interest to the estate.

145564712.1

☒    do not represent an adverse interest to the estate.

☒    are disinterested under 11 U.S.C. § 101(14).

☒    do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

❐    Other.  Explain: _____

_____

8.    If the professional is an auctioneer,

   a.    A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

       ❐    Yes      ❐    No

   b.    My qualifications and previous experience as an auctioneer include:

       _____

       _____

   c.    Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?   ❐    Yes      ❐    No

   If yes, explain:_____

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

       _____

       _____

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  September 3, 2019        _/s/ Jeffrey D. Vanacore_____
                                 Signature of Professional

                                 Jeffrey D. Vanacore_____
                                 Name of Professional

145564712.1