UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
Counsel to John M. McDonnell,
Chapter 7 Trustee

Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ELIA J. ZOIS and MARIANA ZOIS,

　　　　　Debtors.

Case No.:     19-12556

Chapter:     7

Judge:     KCF

# ORDER AUTHORIZING RETENTION OF

Perkins Coie LLP

The relief set forth on the following page is **ORDERED**.

**DATED: October 3, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Perkins Coie LLP_____

as _____Special Counsel to Chapter 7 Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1155 6th Avenue, 22nd Floor

   New York, New York 10036

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*