**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12556−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Elia J. Zois | Mariana Zois |
| 141 Oval Road | 141 Oval Road |
| Building 1 | Building 1 |
| Manasquan, NJ 08736 | Manasquan, NJ 08736 |

Social Security No.:
   xxx−xx−4007                                         xxx−xx−8716

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

   Please be advised that on October 3, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 73 − 55
Order Granting Application to Employ Perkins Coie LLP as Special Counsel (Related Doc # 55). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/3/2019. (ckk)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 3, 2019
JAN: ckk

                                                                                       Jeanne Naughton
                                                                                       Clerk