UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| IN THE MATTER OF | AFFIDAVIT FOR FINAL |
|---|---|
| ELIA J. & MARIANA ZOIS | ALLOWANCE FOR ACCOUNTANTS |
|  | CASE NO. 19-12556 (KCF) |
| DEBTORS |  |

STATE OF NEW JERSEY

COUNTY OF ESSEX

TIMOTHY J. KING, being duly sworn, deposes and says that:

1. I am a Certified Public Accountant and a Partner in the firm of Bederson LLP, Certified Public Accountants, with an office at 347 Mt. Pleasant Avenue, West Orange, New Jersey 07052.

2. Our firm is familiar with auditing procedures and accounting practices and thoroughly familiar with insolvency matters.

3. We perform accounting services with Trustee and Counsel in other matters completely unrelated to this case. With this exception, neither I nor any member of the firm is related to or has any business association with any attorney, creditor, bankrupt or debtor or any other party to these proceedings.

4. In accordance with Court Order dated February 20, 2019, Bederson LLP, Certified Public Accountants, was retained to perform the function of Accountants for the Trustee. The time included in this application is within the amount authorized by the Court in our Order of Retention.

5. The recitation of each and every item of professional services which petitioner performed is not set forth in this Application. The Court is referred to Exhibit "A" for a review of each and every item of services rendered. However, the following is a summary of the major services rendered to the Trustee in this Chapter 7 case during the period:

A. Telephone conference with Counsel regarding obtaining documents, case status and potential assets.

B. Review lack of documents produced by the Debtor.

C. Review, sign and serve subpoenas to several banks.

D. Review several years of bank records produced by several banks.

E. Organize documents received and upload to the network.

F. Review records of related entity "Mind Gamz".

G. Review all bank transactions for the 4 year period.

H. Prepare schedules of all significant payments from all bank accounts for the 4 year period.

I. Review all bank accounts for significant pre and post petition deposits.

J. Complete preliminary report to the Trustee and Counsel.

K. Research files and locate address for entities and individuals who received in excess of $5,000.

L. Research files, locate documents and respond to IRS subpoena.

M. Consolidate various documents and information on memory sticks for the IRS and others.

N. Revise and issue Subpoenas to seven additional entities including Amex, Citi Card, and Lincoln National.

O. Research credit card statements for 4 years for questionable payments.

P. Review files and several telephone conferences with Counsel to prepare for Deposition of the Debtor.

Q. Attend and assist Counsel in Deposition of the Debtor.

R. Several telephone conferences and meetings with Counsel to prepare for Deposition of Valley National Bank.

S. Attend Deposition of Valley National Bank and assist Counsel.

T. Review timing of transactions and select 2/28/2021 fiscal year end.

U. Review all transactions and classify.

V. Prepare workpapers and trial balance.

W. Complete tax returns for fiscal year ended 5/31/2021.

X. Telephone conference with Counsel re: case closing and request all tax information for 3/1/2021 through 5/31/2021.

Y. Record all transactions and adjustments.

Z. Prepare workpapers and trial balance.

AA. Prepare Final Federal and State tax returns.

In order for your petitioner to render the services outlined on the attached schedule, it was necessary to expend approximately 164.90 working hours. Based upon time expended, the reasonable value of the services rendered by the petitioner is the sum of $44,630.00 for fees and $573.19 for expenses for a total of $45,203.19.

*[signature]*
TIMOTHY J. KING

Sworn to and subscribed before me
this 11th day of June, 2021.

*[signature]*
NOTARY PUBLIC
**MARIDZA M PEREZ
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES OCT 6, 2025**

*[Notary seal]*