Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12556−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elia J. Zois
141 Oval Road
Building 1
Manasquan, NJ 08736

Mariana Zois
141 Oval Road
Building 1
Manasquan, NJ 08736

Social Security No.:
xxx−xx−4007                                         xxx−xx−8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       7/22/21
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bederson, LLP, Accountant

COMMISSION OR FEES
FEES $44,630.00

EXPENSES
$573.19

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 11, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elia J. Zois  
Mariana Zois  
    Debtors

Case No. 19-12556-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jun 11, 2021      Form ID: 137      Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elia J. Zois, Mariana Zois, 141 Oval Road, Building 1, Manasquan, NJ 08736-2000 |
| acc | + | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | | Fulton Bank of New Jersey, 1386 Route 130 and Main Street, Windsor, NJ 08651 |
| sp | + | Perkins Coie LLP, 1155 6th Avenue, 22nd Floor, nEW yORK, ny 10036-2711 |
| cr | + | Summitbridge Credit Investments IV LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 518015181 | + | AIG Private Client Group, c/o Cisco, Inc., PO. Box 801088, Houston, TX 77280-1088 |
| 518015182 | + | American Express Centurion Bank, c/o Zwicker & Associates, 1105 Laurel Oak Rd. Suite136, Voorhees, NJ 08043-4312 |
| 518067871 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518015183 | + | Arch Insurance Company, 3 Parkway, Suite 1500, Philadelphia, PA 19102-1323 |
| 518015184 | + | Asia Building Materials, Inc., c/o Law Offices of Martin W. Chow, LLC, 2861 Royle Street, Bellmore, NY 11710-4125 |
| 518618598 | + | Birch Hill Real Estate, c/o Jamie A. Robinson, Esq., 330 N. Wabash Ave. Suite 2100, Chicago, IL 60611-3673 |
| 518015185 | + | Birch Hill Real Estate, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue Suite 2100, Chicago, IL 60611-3793 |
| 518241276 | + | Burke, Warren, MacKay & Serritella, P.C., Attn: Brian P. Welch, Esq., 330 North Wabash Avenue # 2100, Chicago, IL 60611-3793 |
| 518015186 | + | CCP Colony Oaks 0767 LLC, 601 North Briarcliff Drive, Appleton, WI 54915-2959 |
| 518015187 | + | CCP Kennedy Park 0771, 6001 Alderson Street, Schofield, WI 54476-3614 |
| 518015188 | + | CCP Vallhaven 0770, LLC, 125 Byrd Avenue, Neenah, WI 54956-4015 |
| 518015190 | | CliftonLarsonAllen LLP, PO Box 829702, Philadelphia, PA 19182-9702 |
| 518015193 | + | EG Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke Warren MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015194 | + | Ellsworth Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue Suite 2100, Chicago, IL 60611-3793 |
| 518241215 | + | Eric J. Levine, Esq., c/o Baron Samson LLP, 27 Horseneck Road, Suite 210, Fairfield, NJ 07004-2487 |
| 518015195 | + | Fong Construction Corp, c/o Law Offices of Michael Giampilis PC, 94 Willis Ave, Mineola, NY 11501-2600 |
| 518015196 | + | Freedom Bank, 99 West Essex Street, 2nd Floor, Maywood, NJ 07607-1019 |
| 518234950 | + | Fulton Bank of New Jersey, c/o Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, Bridgewater, NJ 08807-2863 |
| 518232157 | + | Fulton Bank of New Jersey, 118 West Market Street, West Chester, PA 19382-2902 |
| 518041451 | + | Generation Pharmacy Group, LLC, 1120 Alps Road, Wayne, NJ 07470-3704 |
| 518015199 | + | Investors Bank, Corporate Office, 101 JFK Parkway, Short Hills, NJ 07078-2716 |
| 518041452 | + | KBWB Operations LLC, 1120 Alps Road, Wayne, NJ 07470-3704 |
| 518047809 | #+ | Kevin Breslin, 97 Heights Road, Ridgewood, NJ 07450-2405 |
| 518242558 | + | Kevin P. Breslin, Attn: Mark B. Conlan, Esq., Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| 518015200 | + | Kewaunee Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015202 | + | Lancaster Real Estate, LLC, c/o Jamie A. Robinson, Burke, Warren, Mackay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015203 | + | M Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015204 | + | Maple Lane Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015206 | + | Menominee Real Estate, LLC, c/o Jamie A, Robinson, Esq, Burke, Warren, MacKay, Serritella, P.C., 330 North Wabash Avenue, Suite |

Case 19-12556-KCF    Doc 100    Filed 06/13/21    Entered 06/14/21 00:19:24    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 137 | Total Noticed: 79 |

| | | |
|---|---|---|
| | | 2100, Chicago, IL 60611-3793 |
| 518241218 | + | Meyer and Landis LLP,, Linda T. Snyder, Esq., One Gateway Center, Suite 2500, Newark, NJ 07102-5323 |
| 518015209 | #+ | Michael E. Breslin, Esq, 130 W 57th St, Ste 1A, New York, NY 10019-3314 |
| 518015210 | + | MidCap Funding IV Trust, C/O MidCap Financial Services, LLC, 7255 Woodmont Avenue, Suite 200, Bethesda, MD 20814-7904 |
| 518714330 | + | MidCap Funding Trust XLI, c/o Gretchen Santamour, Esquire, Stradley Ronon Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098 |
| 518714334 | + | MidCap Funding XLII Trust, c/o Gretchen Santamour, Esquire, Stradley Ronon Stevens & Young, LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098 |
| 518015211 | + | Mineral Point Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015212 | + | NH Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015213 | + | Parkside Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015214 | + | Provident Bank, 100 Wood Avenue South, P.O. Box 1001, Iselin, NJ 08830-1001 |
| 518234994 | + | Provident Bank, c/o Sherman Wells Sylvester, & Stamelman LLP, 210 Park Avenue, Florham Park, NJ 07932-1056 |
| 518015216 | + | RHCF, Inc., c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015217 | + | RHCF, Two, Inc., c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015218 | + | Rice Healthcare Facilities of Wisconsin, c/o Jamie A. Robinson, Esq, Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015219 | + | Rice Housing Facilities Two, Inc., c/o Jamie A. Robinson, Esq, Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015220 | + | Rice Housing Facilities, Inc., c/o Jamie A. Robinson, Esq, Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015223 | + | SF V Bridge, LP (Stabilis), 767 Fifth Avenue, 12th Floor, New York, NY 10153-0023 |
| 518618596 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ, Div. of Taxation, PO Box 0245, Trenton, NJ 08646-0245 |
| 518015221 | + | Sabra REIT, 18500 Von Karman Avenue, Suite 550, Irvine, CA 92612-0539 |
| 518015222 | + | Schaible's Plumbing & Heating Inc., 241 Van Syckles Rd., Hampton, NJ 08827-4027 |
| 518015225 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518015228 | + | Summit Bridge Credit Investments IV LLC, c/o Dembo Brown & Burns, 1300 Route 73 Suite 205, Mount Laurel, NJ 08054-2200 |
| 518015229 | + | SummitBridge Credit Investments IV LLC, c/o Reed Smith LLP, 136 Main Street Suite 250, Princeton, NJ 08540-5789 |
| 518015232 | + | TR Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 NOrth Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015230 | + | Time Warner Cable, c/o ACA, 725 Canton St,, Norwood, MA 02062-2679 |
| 518015231 | + | Tniop Real Estate,, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 NOrth Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518047811 | + | Vincent Tufariello, 30 Old Farm Road, Basking Ridge, NJ 07920-3309 |
| 518015233 | + | Wiiliams Bay Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, 330 N. Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518048016 | + | William G. Burris, III, 2055 Sheridan Road, Encinitas, CA 92024-1145 |
| 518047812 | + | William G. Burris, Jr., 744 Jeffrey Road, Moorestown, NJ 08057-1932 |
| 518015234 | + | Williams Bay Assisted Living, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |
| 518015235 | + | Wisconsin Rapids Real Estate, LLC, c/o Jamie A. Robinson, Esq., Burke, Warren, MacKay & Serritella, 330 North Wabash Avenue, Suite 2100, Chicago, IL 60611-3793 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2021 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518231551 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:38 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518015189 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:06:57 | Citicard, PO Box 9001037, Louisville, KY 40290-1037 |
| 518015191 | + Email/Text: BANKRUPTCYNOTICE@CSCINFO.COM | Jun 11 2021 21:01:00 | Corporation Sevices Company, 2711 Centerville |

Case 19-12556-KCF    Doc 100    Filed 06/13/21    Entered 06/14/21 00:19:24    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 137 | Total Noticed: 79 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Rd Suite 400, Wilmington, DE 19808-1645 |
| 518015192 | | Email/Text: mrdiscen@discover.com | Jun 11 2021 21:02:00 | Discover, c/o Financial Services, LLC, PO Box 15316, Wilmington, DE |
| 518037302 | | Email/Text: mrdiscen@discover.com | Jun 11 2021 21:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518015198 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2021 21:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518015201 | | Email/Text: tlambert@lambertandshackman.com | Jun 11 2021 21:05:00 | Lambert & Shackman, PLLC, 274 Madison Avenue, New York, NY 10016-0701 |
| 518015205 | + | Email/Text: wire@mwe.com | Jun 11 2021 21:05:00 | McDermott, Will & Emery LLP, 340 Madison Ave, New York, NY 10173-1922 |
| 518015207 | + | Email/Text: M74banko@daimler.com | Jun 11 2021 21:05:00 | Mercedes-Benz Financial Services, PO.Box 685, Roanoke, TX 76262-0685 |
| 518015224 | + | Email/Text: cubankruptcy@shutts.com | Jun 11 2021 21:04:00 | Shutts & Bowen, LLP, 1500 Miami Center, 201 S Biscayne Blvd., Miami, FL 33131-4328 |
| 518181170 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 22:04:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518618600 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 22:06:14 | Verizon, c/o American InfoSource, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518015197 | | Fulton Bank, c/o Norris McLaughlin, P.A., 400 Crossing Boulevard,, 8th Floor, NM 88059-3300 |
| 518234722 | | Investors Bank |
| 518714331 | | MidCap Funding XLI Trust |
| 518618597 | *+ | Arch Insurance Company, 3 Parkway, Suite 1500, Philadelphia, PA 19102-1323 |
| 518618595 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518015208 | *+ | Mercedes-Benz Financial Services, PO.Box 685, Roanoke, TX 76262-0685 |
| 518618599 | *+ | Provident Bank, 100 Wood Avenue South, PO Box 1001, Iselin, NJ 08830-1001 |
| 518204592 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518015226 | *+ | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518015227 | *+ | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518047808 | ##+ | KBWB Pharmacy Investment, LLC, 150 Clove Road, 7th Floor, Little Falls, NJ 07424-2139 |
| 518047807 | ##+ | KBWB Pharmacy Investment, LLC, C/O Atrium Health and Senior Living, Attn: Kevin P Breslin, 150 Clove Road, Little Falls, NJ 07424-2139 |
| 518047810 | ##+ | Mary Theresa Khawly, 888 S. Ocean Blvd., Palm Beach, FL 33480-4929 |
| 518015215 | ##+ | Reed Smith LLP, Princeton Forrester Village, 136 Main Street, #250, Princeton, NJ 08540-5789 |

TOTAL: 3 Undeliverable, 7 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 137 | Total Noticed: 79 |

Date: Jun 13, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Andrew J. Kelly
   on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com
   wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Brian Thomas Crowley
   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com bcrowley@mcdonnellcrowley.com

Brian Thomas Crowley
   on behalf of Plaintiff John M. McDonnell bcrowley@mchfirm.com bcrowley@mcdonnellcrowley.com

Carol L. Knowlton
   on behalf of Unknown Role Type Christ Zois cknowlton@gorskiknowlton.com

Catherine L. Corey
   on behalf of Creditor Fulton Bank of New Jersey clcorey@nmmlaw.com

Eric Levine
   on behalf of Creditor Arch Insurance Company eric.levine@cfins.com

Eugene D. Roth
   on behalf of Joint Debtor Mariana Zois erothesq@gmail.com

Eugene D. Roth
   on behalf of Defendant Elia J. Zois erothesq@gmail.com

Eugene D. Roth
   on behalf of Defendant Mariana Zois erothesq@gmail.com

Eugene D. Roth
   on behalf of Debtor Elia J. Zois erothesq@gmail.com

Jeffrey Vanacore
   on behalf of Trustee John Michael McDonnell JVanacore@perkinscoie.com
   DocketNYC@perkinscoie.com;tina-carbone-6181@ecf.pacerpro.com;nvargas@perkinscoie.com

John Michael McDonnell
   jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
   on behalf of Plaintiff John M. McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com

Kyle Francis Eingorn
   on behalf of Creditor Summitbridge Credit Investments IV LLC keingorn@dbblegal.com

Linda T. Snyder
   on behalf of Creditor Investors Bank lsnyder@meyner.com

Michael E. Brown
   on behalf of Creditor Summitbridge Credit Investments IV LLC mbrown@dbblegal.com

Morris S. Bauer
   on behalf of Creditor Fulton Bank of New Jersey msbauer@nmmlaw.com
   rjacome@norris-law.com,relikens@nmmlaw.com,ddewey@norris-law.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19