# EXHIBIT A

*Order Granting Application to Employ Perkins Coie LLP*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
Counsel to John M. McDonnell,
Chapter 7 Trustee

**Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ELIA J. ZOIS and MARIANA ZOIS,

Debtors.

Case No.:    19-12556

Chapter:    7

Judge:    KCF

**ORDER AUTHORIZING RETENTION OF**

Perkins Coie LLP

The relief set forth on the following page is **ORDERED**.

**DATED: October 3, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Perkins Coie LLP_____
as _____Special Counsel to Chapter 7 Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1155 6th Avenue, 22nd Floor
   New York, New York 10036

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12556–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Elia J. Zois | Mariana Zois |
| 141 Oval Road | 141 Oval Road |
| Building 1 | Building 1 |
| Manasquan, NJ 08736 | Manasquan, NJ 08736 |

Social Security No.:
  xxx–xx–4007                                           xxx–xx–8716

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on October 3, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 73 – 55
Order Granting Application to Employ Perkins Coie LLP as Special Counsel (Related Doc # 55). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/3/2019. (ckk)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 3, 2019
JAN: ckk

                                                        Jeanne Naughton
                                                        Clerk