# EXHIBIT B
*Itemization of Fees*

**perkinscoie**

1201 Third Avenue, Suite 4900     Email: clientacct@perkinscoie.com
Seattle, Washington 98101         Accounting: 206.359.3143
Phone: 206.359.8000               Fax: 206.359.9000

| | |
|---|---|
| **Jack McDonnell, Esq.** | Invoice No.    6412629 |
| Attn: Brian Crowley | Matter No.    085206.0010 |
| McDonnell Crowley, LLC | Bill Date    June 22, 2021 |
| 115 Maple Avenue | Due Date    Due Upon Receipt |
| Suite 201 | |
| Red Bank, NJ 07701 | |

## INVOICE SUMMARY

**Re:    085206.0010 / Elia and Mariana Zois**

For Professional Services rendered through June 21, 2021

| | |
|---|---|
| Services | $174,300.00 |
| Disbursements and Other Services | $10,931.92 |
| **Total Invoice Amount** | **$185,231.92** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 085206 and Invoice 6412629**

| **CHECKS:**<br>**Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | **ACH / WIRE TRANSFERS IN USD:**<br>**Bank: US Bank**<br>**1420 Fifth Avenue**<br>**Seattle, WA**<br>**ABA # 125000105**<br>**Swift Code # US BK US 44I MT**<br>**Account Name: Perkins Coie LLP**<br>**Account Number: 1 535 5592 1235** |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

**PerkinsCoie**

## Professional Services through 06/21/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/03/2019 | J. Vanacore | Initial review of Rule 2004 issues and resolve same; | 0.40 |
| 09/03/2019 | J. Vanacore | Prepare for meeting with United States attorney; | 0.30 |
| 09/03/2019 | J. Vanacore | Preparation for meeting with United States attorney with Deb Kennedy; | 0.40 |
| 09/03/2019 | J. Vanacore | Review and revise retention application; work with Bonnie Figner regarding same; | 0.20 |
| 09/03/2019 | D. Kennedy | Prepare retention documents (1.2); communication regarding same, including service information (.4); | 1.60 |
| 09/04/2019 | J. Vanacore | Finalize retention issues; resolve issues raised by Court; work with Trustee regarding same; | 0.30 |
| 09/04/2019 | J. Vanacore | Prepare for meeting with United States attorney in Newark, New Jersey; | 0.40 |
| 09/04/2019 | D. Kennedy | Prepare for meeting with AUSA/IRS/OUST, including review of relevant court documents and related information; | 10.60 |
| 09/05/2019 | J. Vanacore | Initial preparation for meeting with Assistant United States attorney; | 0.70 |
| 09/05/2019 | J. Vanacore | Attend meeting in Newark, New Jersey with Chapter 7 Trustee, various governmental agency attorneys and Assistant United States attorneys for New Jersey and Wisconsin regarding initial referral issues; strategy meeting with Chapter 7 Trustee and counsel prior and subsequent to meeting; | 5.90 |
| 09/05/2019 | D. Kennedy | Attend meeting in Newark, NJ with Assistant US Attorney (WI and NJ), IRS and UST regarding referral and related issues (1.8); strategy meeting with Chapter 7 Trustee and co-counsel prior to and following same (4,1); | 5.90 |
| 09/06/2019 | D. Kennedy | Travel to Denver following meeting with AUSA/IRS/OUST, including review of documents and notes relevant to same; | 7.20 |
| 09/09/2019 | J. Vanacore | Telephone conference and emails with B. Crowley regarding conflict waiver; | 0.20 |
| 09/09/2019 | J. Vanacore | Review and revise language on conflict waiver; | 0.20 |
| 09/09/2019 | J. Vanacore | Emails and telephone conference with Eric Van Horn regarding conflict waiver; | 0.20 |
| 09/09/2019 | J. Vanacore | Telephone conference with B. Crowley regarding conflict waiver issues; | 0.20 |
| 09/10/2019 | J. Vanacore | Resolve initial Atrium issues; emails with B. Crowley; strategy regarding next steps; | 0.30 |
| 09/10/2019 | J. Vanacore | Telephone conference with B. Crowley regarding case update; | 0.10 |
| 09/10/2019 | J. Vanacore | Review objection to retention filed by Zios; strategy regarding same; | 0.20 |

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

PerkinsCoie

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/10/2019 | D. Kennedy | Review Bederson report in connection with potential Alter Ego claims and prepare memo regarding elements of proof related to same; | 4.20 |
| 09/11/2019 | J. Vanacore | Emails with H. Randolph-Haynes regarding initial Zios issues; | 0.10 |
| 09/11/2019 | J. Vanacore | Review and revise Pro Hac Vice application; | 0.20 |
| 09/11/2019 | J. Vanacore | Provide instructions to paralegal on general service issues; review same; | 0.20 |
| 09/11/2019 | J. Vanacore | Draft confidentiality agreement; review and revise same; | 0.40 |
| 09/11/2019 | J. Vanacore | Emails with B. Crowley regarding initial Atrium case issues; | 0.10 |
| 09/11/2019 | J. Vanacore | Telephone conference with B. Crowley regarding initial Atrium case issues; review same; | 0.20 |
| 09/11/2019 | D. Kennedy | Review Objection to PC Retention Application (.3); teleconference with B. Crowley regarding same and strategy for financial discovery (.4); prepare outline for Response to Zois Objection to PC Retention and begin drafting same (1.8); correspondence related to pro hac vice applications (.5); revise draft of same (.4); | 3.40 |
| 09/11/2019 | R. Leibowitz | Prepare and revise applications to appear pro hac vice, certifications, and proposed orders for D. Kennedy and J. Miller and file same; | 1.80 |
| 09/13/2019 | R. Leibowitz | Pursuant to instructions from clerk's office, prepare certificate of service of pro hac applications and arrange for service of same (.6); prepare appearance form for J. Vanacore (.2); upon confirmation of service, file appearance and certificate of service in case (.2); | 1.00 |
| 09/16/2019 | J. Vanacore | Initial review of answer to adversary proceeding complaint; | 0.40 |
| 09/16/2019 | J. Vanacore | Initial review of outline to respond to Zios objection; | 0.20 |
| 09/16/2019 | J. Vanacore | Emails with B. Crowley regarding confidentiality agreement; | 0.10 |
| 09/17/2019 | J. Vanacore | Telephone conference with B. Crowley regarding conflict letter; emails regarding same; review same; | 0.20 |
| 09/18/2019 | J. Vanacore | Telephone conference with B. Crowley regarding initial case issues; | 0.30 |
| 09/18/2019 | J. Vanacore | Emails with B. Crowley regarding confidentiality agreement; | 0.10 |
| 09/18/2019 | J. Vanacore | Brief review of response to Objection to retention; | 0.20 |
| 09/18/2019 | D. Kennedy | Prepare Response to Zois Objection to PC Retention Application (2.4); correspondence with co-counsel regarding same (.3); | 2.70 |
| 09/19/2019 | J. Vanacore | Telephone conference with H. Randolph-Haynes, E. Van Horn and B. Crowley regarding initial case issues; | 0.50 |
| 09/19/2019 | D. Kennedy | Review communications regarding subpoenas and related strategy; | 0.60 |
| 09/23/2019 | D. Kennedy | Finalize and file Response to Zois Objection to PC Retention Application | 1.20 |

**perkinscoie**

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (.6); review Trustee's Reply in Support of PC Retention Applicaiton (.4); correspondence with B. Crowley and R. Leibowitz re: same (.2); | |
| 09/23/2019 | R. Leibowitz | Verify service of responses (docket nos. 65 and 66), and file certificate of service; | 0.20 |
| 09/23/2019 | R. Leibowitz | Finalize and e-file Perkins Coie's response to objection to motion to employ, compile and arrange for service of Trustee's response and Perkins Coie's response, and prepare certificate of service to be filed; | 0.40 |
| 09/24/2019 | R. Leibowitz | Upon entry of orders granting pro hac vice applications, download same and prepare and submit check request for court fees (.2); mail check and orders to court (.1); | 0.30 |
| 09/26/2019 | R. Leibowitz | Follow-up regarding check for pro hac vice appearance fees and send same to New Jersey US District Court; | 0.20 |
| 10/01/2019 | J. Vanacore | Review objection to Perkins retention; review same; emails with B. Crowley; review Court decision regarding same; | 0.20 |
| 10/02/2019 | D. Kennedy | Prepare 2004 Subpoenas for prepetition/postpetition payment recipients (Mind Gamz) (1.8); related correspondence (.3); teleconference with B. Crowley regarding strategy for 2004 depositions and upcoming mediation (.6); | 2.70 |
| 10/02/2019 | R. Leibowitz | Coordinate preparation of mail merge for 2004 exam subpoenas and correspondence (multiple) regarding same (.8); prepare subpoenas and cover letters for four parties to be served by Bederman and locate specific subpoena/legal addresses for same (.9); | 1.70 |
| 10/03/2019 | J. Vanacore | Review retention issues, emails with B. Crowley regarding same; | 0.10 |
| 10/03/2019 | J. Vanacore | Work with D. Kennedy on subpoena issues; | 0.20 |
| 10/03/2019 | J. Miller | Call with D. Kennedy regarding alter ego research; | 0.20 |
| 10/03/2019 | R. Leibowitz | Review draft letters accompanying subpoena and subponena, send follow-up questions/revision requests to document preparer, along with updated mailing list (.6); conference regarding same (.2); final review and revisions to same and correspondence (multiple) to coordinate mailing of same (.6); | 1.40 |
| 10/04/2019 | R. Leibowitz | Prepare cover letter and send hard copies of subpoenas and riders to Debtors' attorney; | 0.40 |
| 10/07/2019 | J. Vanacore | Initial review of subpoena issues, review same; | 0.20 |
| 10/07/2019 | D. Kennedy | Review correspondence in response to 2004 subpoenas, including teleconferenes with third parties regarding same (1.8); correspondene with B. Crowley regarding same and related strategy (.4); | 2.20 |
| 10/10/2019 | J. Vanacore | Initial preparation for deposition and review of documents; | 0.40 |
| 10/10/2019 | J. Vanacore | Research on potential exposure in 2004 to fees to address issues raised by opposing counsel; draft summary of same; | 0.30 |

**PerkinsCoie**

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/10/2019 | D. Kennedy | Various communications with third parties in response to Subpoenas, including review of responsive documents (1.4); correspondence with internal team regarding same (.3); | 1.70 |
| 10/10/2019 | J. Miller | Research alter ego under New Jersey law (1.2); call with D. Kennedy regarding same (.1); | 1.30 |
| 10/11/2019 | J. Vanacore | Review Valley National Bank issues; emails with B. Crowley regarding same; | 0.20 |
| 10/11/2019 | D. Kennedy | Review communications related to third party subpoenas (.9); update chart related to same (.4); | 1.30 |
| 10/11/2019 | R. Leibowitz | Receive one returned subpoena with forwarding address, revise letter and subpoena, and resend to forwarding address (.4); coordinate copy to be sent via certified mail with return receipt requested (.1); | 0.50 |
| 10/14/2019 | D. Kennedy | Review documents received in connection with third party subpoenas, including related commuinications; | 1.40 |
| 10/14/2019 | J. Miller | Draft memorandum regarding alter ego; | 0.30 |
| 10/15/2019 | J. Vanacore | Work with D. Bernard regarding Duggal issues; review same; | 0.20 |
| 10/15/2019 | D. Kennedy | Review documents received in connection with third party subpoenas, including related commuinications; | 1.70 |
| 10/15/2019 | J. Miller | Draft memorandum regarding alter ego under New Jersey law; | 3.60 |
| 10/16/2019 | J. Vanacore | Review alter ego memorandum and strategy regarding same; | 0.40 |
| 10/16/2019 | D. Kennedy | Review documents received in connection with third party subpoenas, including related commuinications; | 2.10 |
| 10/17/2019 | D. Kennedy | Review documents received in connection with third party subpoenas, including related communications (1.8); prepare additional third party subpoenas based on new contact information (.8); | 2.60 |
| 10/17/2019 | R. Leibowitz | Prepare revised letters and subpoenas, along with return receipt labels for four returned as undeliverable and one additional party; | 1.20 |
| 10/18/2019 | J. Vanacore | Initial review of subpoena issues; | 0.20 |
| 10/18/2019 | D. Kennedy | Collect and review documents from third party subpoenas (1.3); prepare status update and excel spreadsheet in connection with all outstanding subpoenas and related document collection (2.1); | 3.40 |
| 10/21/2019 | J. Vanacore | Prepare for Friday depositions; telephone conference with court reporter regarding same; | 0.30 |
| 10/21/2019 | D. Kennedy | Continue to review and collect documents from third party subpoenas, including related correspondence and teleconferenes (1.1); begin preparation for deposition outline for 2004 examinations scheduled for 10/25 (2.7); | 3.80 |

Page 5

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

**PerkinsCoie**

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/22/2019 | J. Vanacore | Telephone conference with Jamie Danowski regarding depositions issues; review issues regarding same; | 0.20 |
| 10/22/2019 | J. Vanacore | Prepare for depositions; review spreadsheet summarizing same; | 0.30 |
| 10/22/2019 | J. Vanacore | Brief review of financial statement issues; emails with B. Crowley regarding same; | 0.20 |
| 10/22/2019 | J. Vanacore | Resolve deposition issues; follow-up regarding same; | 0.20 |
| 10/23/2019 | J. Vanacore | Final preparation for depositions; | 0.20 |
| 10/23/2019 | J. Vanacore | Review deposition questions and issues; review deposition outline to prepare for same; | 0.40 |
| 10/23/2019 | D. Kennedy | Prepare and revise deposition outlines for upcoming 2004 examinations (3.2); continued communications with parties regarding document production and deposition scheduling (.7); | 3.90 |
| 10/23/2019 | R. Leibowitz | Locate legal noticing addresses for Paypal and Venmo; | 0.20 |
| 10/24/2019 | J. Vanacore | Prepare for depositions; work with B. Crowley and D. Kennedy regarding same; | 0.40 |
| 10/24/2019 | D. Kennedy | Continue to prepare for upcoming 2004 depositions, including revisions to deposition outlines and correspondene with B. Crowley and J. Vanacore regarding same (8.2); corresondence with T. Rees regarding The Hill School deposition, including teleconference logisitics (.4); | 8.60 |
| 10/25/2019 | J. Vanacore | Work with D. Kennedy on deposition issues; | 0.40 |
| 10/25/2019 | J. Vanacore | Meeting with Trustee's counsel prior and subsequent to depositions to review and prepare avoidance action strategy; | 2.60 |
| 10/25/2019 | J. Vanacore | Follow-up meetings with Trustee's counsel; | 0.40 |
| 10/25/2019 | J. Vanacore | Initial research on Valley claims; email with D. Kennedy regarding same; | 0.60 |
| 10/25/2019 | D. Kennedy | Finalize preparations for and take 2004 depositions of The Hill School, Manhattan Skyline Mgmt, and FPCNS (4.7); meeting with B. Crowley and J. Vanacore following depositions regarding strategy (1.8); review additional document production from THS (.8); travel to Denver following depositions, including review of research and communications related to cause of action related to VNB (6.8); | 13.60 |
| 10/28/2019 | D. Kennedy | Review additional documents provided in repsonse to 2004 subpoenas (1.2); teleconference with representative from 8D Holdings (.2); | 1.40 |
| 10/29/2019 | D. Kennedy | Prepare memorandum regarding potential cause of action against VNB, including evidentiary requirements; | 3.60 |
| 10/30/2019 | D. Kennedy | Continue preparation memorandum regarding potential cause of action against VNB, including evidentiary requirements (2.6); continue to review 2004 subpoena document productions (1.1); | 3.70 |

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

**PerkinsCoie**

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 10/31/2019 | R. Leibowitz | Prepare cover letter and subpoena duces tecum for Transamerica Life Insurance Company and arrange for service via certified mail with return receipt requested and first class mail; | 0.80 |
| 11/01/2019 | D. Kennedy | Continue preparation of memorandum detailing potential cause of action based on banking violations; | 2.40 |
| 11/04/2019 | J. Vanacore | Brief review of master settlement agreement; review and revise same; emails with trustee regarding same; | 0.20 |
| 11/05/2019 | D. Kennedy | Review depositions transcripts (THS, Manhattan Skyline) in connection with litigation strategy (1.8); updates status chart re: subpoena responses and document production (.6); correspondence re: VNB deposition subpoena (.2); | 2.60 |
| 11/06/2019 | J. Vanacore | Work with D. Kennedy on Valley National Bank subpoena issues; review same; | 0.20 |
| 11/06/2019 | R. Leibowitz | Prepare and serve 2004 deposition-only subpoena to Valley National Bank; | 0.50 |
| 11/11/2019 | D. Kennedy | Review document production from 8D Holdings, including correspondence with Trustee's professionals regarding same (.9); communications with Porsche America regarding subpoena and related production (.3); review proposed confidentialty agreement (St Luke's) and correspondence with J. Bentley regarding same (.4); | 1.60 |
| 11/12/2019 | D. Kennedy | Teleconference with J. Bentley regarding propsoed protective order/documents production (St. Lukes), inculuding review of related documents; | 0.70 |
| 11/14/2019 | J. Vanacore | Brief review of status of litigation issues, work with D. Kennedy regarding same; | 0.20 |
| 11/14/2019 | D. Kennedy | Lengthy teleconference with P. Hollander regaridng R. Khawley subpoena and related issues (.6); review correspondence from Prudential regarding subpoena, including followup request to C. Phillips regarding same (.3); | 0.90 |
| 11/14/2019 | D. Kennedy | Prepare serve subpoena (N. Nova) (.5); teleconference with B. Crowley regarding strategy (.3); correspondence with J. Bentley regarding request for protective order (.2); teleconference with T. Karchner regarding 8D Property Holdings document production and deposition subpoena (.4); | 1.40 |
| 11/15/2019 | D. Kennedy | Continue review of document production and deposition transcripts in connection with potential chapter 5 claims, including preparing memo regarding strategy related to same | 1.60 |
| 11/19/2019 | J. Vanacore | Review initial Valley Bank litigation issues, strategy regarding same; | 0.20 |
| 11/20/2019 | D. Kennedy | Review correspondence from Mercedes Benz in connectin with document subpoena (.1); | 0.10 |
| 11/21/2019 | D. Kennedy | Prepare correspondence to Prudential regarding subpoena response and related issues (.2); review documents from C. Phillipps regarding same (.1); correspondene with B. Crowley regarding strategy (.1); | 0.40 |

Invoice No. 6412629  
Jack McDonnell, as Chapter 7 Trustee  
085206.0010 / Elia and Mariana Zois  

**PerkinsCoie**

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 11/24/2019 | D. Kennedy | Conference call with B. Crowley and C. Phillips regarding mediation and related litigation strategy; | 0.70 |
| 11/26/2019 | D. Kennedy | Review additional discovery documents and update status chart regarding same; | 1.60 |
| 12/02/2019 | D. Kennedy | Review documents produced by Porsche, Prudential, Mercedes, and 8D Holdings (1.1); | 1.10 |
| 12/03/2019 | D. Kennedy | Correspondence with VNB regarding records certification and testimony subpoena (,3); correpondence with B. Crowley regarding same and related strategy (.2); | 0.50 |
| 12/03/2019 | D. Kennedy | Review correspondence from Bederson regarding personal AmEx charges (.3); prepare communication regarding potential strategy in connection with credit card payments (.3); | 0.60 |
| 12/05/2019 | J. Vanacore | Telephone conference with B. Crowley and D. Kennedy regarding mediation and adversary proceeding issues; | 0.30 |
| 12/05/2019 | D. Kennedy | Teleconference with K. Grossman regarding Prudential document production and related issues (.4); correspondence with B. Crowley and C, Phillipps regarding same (.1); teleconference with J. Vanacore regarding status of litigation and related matters (.4); | 0.90 |
| 12/06/2019 | J. Vanacore | Teleconference with B. Crowley regarding litigation and mediation issues; review same; | 0.30 |
| 12/13/2019 | D. Kennedy | Review amended schedules, including correspondene from B. Crowley and C. Phillips regarding same (.8); review documents received in discovery in connection with amended scheules (.9); | 1.70 |
| 12/16/2019 | D. Kennedy | Correspondence with B. Crowley and C. Phillips regarding Discover Bank and Prudential document production (.2); review same (.4); | 0.60 |
| 12/23/2019 | D. Kennedy | Review revised Settlement Agreement and correspondence from B. Crowley and C. Phillips regarding same (.6); | 0.60 |
| 01/08/2020 | J. Vanacore | Review draft settlement agreement, emails with Trustee regarding same; | 0.40 |
| 01/09/2020 | D. Kennedy | Review and revise Stipulation and Consent Order (1.4); correspondence with B. Crowley regarding same (.1); | 1.50 |
| 01/15/2020 | J. Vanacore | Telephone conference with B. Crowley regarding update on Valley issues; | 0.20 |
| 01/15/2020 | J. Vanacore | Follow-up emails with B. Crowley regarding Valley issues; review same; | 0.20 |
| 01/20/2020 | J. Vanacore | Review settlement agreement issues; emails with B. Crowley and C. Phillips regarding same; | 0.20 |
| 01/21/2020 | J. Vanacore | Review settlement agreement issues; work with D. Kennedy regarding same; | 0.20 |
| 01/21/2020 | D. Kennedy | Review commuications related to settlement agreement and debtors' 2004 | 2.90 |

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

**PerkinsCoie**

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | examination (.3); revise settlement document (.5); begin preparations for 2004 examination, including review of financial records (2.1); | |
| 01/24/2020 | D. Kennedy | Prepare outline for 2004 examination (Elia and Mariana Zois), including review and preparation of exhibits related to same; | 6.50 |
| 01/28/2020 | J. Vanacore | Prepare for depositions of debtors, review issues; | 0.40 |
| 01/28/2020 | D. Kennedy | Prepare for 2004 examination, including revisions to outline and review/preparation of exhibits; | 8.80 |
| 01/29/2020 | J. Vanacore | Attend deposition of Mr. Zois; meeting with trustee's counsel; | 0.90 |
| 01/29/2020 | D. Kennedy | Prepare for and take 2004 examination of Elia Zois; | 7.50 |
| 01/30/2020 | D. Kennedy | Travel from NYC following 2004 examination (E. Zois), including preparation of follow-up items and memo re: same; | 7.60 |
| 02/11/2020 | D. Kennedy | Review deposition transcript (Elia Zois) in preparation for upcoming VNB deposition; | 2.80 |
| 02/13/2020 | D. Kennedy | Review documents and Zois deposition testimony in connection with preparation for VNB deposition (3.2); prepare outline in connection with same (1.2) | 4.40 |
| 02/19/2020 | D. Kennedy | Continue preparations for VNB deposition, including review of bank records and related correspondence; | 2.30 |
| 02/25/2020 | J. Vanacore | Review and prepare for depositions; | 0.40 |
| 02/25/2020 | D. Kennedy | Review documents in preparation for VNB deposition, including revisions to examination outline; | 2.70 |
| 02/26/2020 | D. Kennedy | Continue review of VNB document production in preparation for 2004 deposition (3.2); revise outline in connection with same (1.3); correspondence with L. Rooney regarding request for additional document producion (.1); correspondence with B. Crowley and C. Phillips regarding strategy for VNB examination (.2); | 4.80 |
| 02/27/2020 | J. Vanacore | Initial review of Valley Bank deposition issues, emails with Valley and D. Kennedy regarding same; | 0.40 |
| 03/03/2020 | J. Vanacore | Strategy and review regarding private right of action against VNB; | 0.40 |
| 03/03/2020 | J. Vanacore | Work with D. Kennedy regarding deposition preparation, review issues regarding same; | 0.30 |
| 03/03/2020 | D. Kennedy | Teleconference with J. Vanacore regarding strategy for VNB deposition; | 0.30 |
| 03/03/2020 | D. Kennedy | Additional preparations for Valley National Bank deposition, including preparation of exhibits; | 1.70 |
| 03/04/2020 | D. Kennedy | Travel to New Jersey for Valley National Bank deposition, including review of and revisions to deposition outline and review of exhibits | 6.80 |

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

**PerkinsCoie**

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | (including E. Zois deposition transcript) related to same; | |
| 03/05/2020 | D. Kennedy | Finalize preparations for and take VNB deposition, inlcuding communications with C. Phillipps and B. Crowley regarding same (3.3); travel from New Jersey following Valley National Bank deposition, including review of notes from deposition and analysis of potential causes of action/demand letter related to same (6.0); | 9.30 |
| 03/10/2020 | J. Vanacore | Review VNB issues, prepare for call with Trustee's counsel; | 0.40 |
| 03/11/2020 | J. Vanacore | Two telephone conferences with B. Crowley regarding VNB issues, review same; | 0.60 |
| 03/17/2020 | J. Vanacore | Review issues raised by court regarding Jeri Lee Miller withdrawal, instructions to paralegals and emails with B. Crowley regarding same; | 0.20 |
| 03/25/2020 | J. Vanacore | Work with D. Kennedy re VNB issues, review same; | 0.40 |
| 04/28/2020 | D. Kennedy | Research related to VNB deposit agreement and potential liability for failure to adhere to requirements of same (1.5); correspondence with J. Vanacore and B. Crowley regarding same and strategy for potential litigation (.3); | 1.80 |
| 04/29/2020 | D. Kennedy | Research related to banking regulations and breack of depository agreement (T&C), including litigation strategy related to same; | 1.40 |
| 04/30/2020 | D. Kennedy | Teleconference with J. Vanacore and B. Crowley regarding strategy for VNB and related issues; | 1.10 |
| 05/06/2020 | D. Kennedy | Prepare demand letter to VNB, including review of factual record and deposition transcripts in connection with same; | 2.40 |
| 06/14/2021 | R. Leibowitz | Prepare draft final fee application for Perkins Coie per J. Vanacore and D. Kennedy's request; | 3.80 |
| 06/17/2021 | R. Leibowitz | Complete final revisions to draft application for compensation per D. Kennedy's instructions; | 0.40 |
| **Total** | | | **240.70** |

**Services**
$174,300.00