# EXHIBIT C
*Enumeration of Expenses*

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

**PERKINSCOIE**

## Disbursements and Other Detailed Services through 06/21/2021

| Description | Amount |
|---|---:|
| Photocopies and printing | 70.90 |
| Photocopies and printing-color | 5.10 |
| Messenger service | 1.15 |
| Special postage | 37.60 |

PerkinsCoie

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

| Description | Amount |
| --- | ---: |
| Computer research - Lexis/WestLaw | 171.60 |
| Ricoh USA, Inc. - Overtime: Client Hospitality 01/29 | 60.00 |
| Federal Express - Air express charge - Attn: Legal Department, Christie Manson Wood Consign, London, GB | 53.67 |
| Veritext - Veritext - Deposition expense - Paul R. Regan, Paul Schnabel and Scott Faulkingham 10/25/19 - 11/2019 | 1,139.39 |
| Veritext - Veritext - Deposition expense - Tina Brand 3/5/20 - 03/2020 | 776.35 |
| Veritext - Veritext - Deposition expense - Mr. Elia J. Zois 1/29/20 - 02/2020 | 2,362.05 |
| Clerk, USDC - Pro Hac Vice | 300.00 |
| Kennedy, Deborah M. - Inflight WiFi - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 | 15.99 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 9.15 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 29.82 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 23.40 |
| Kennedy, Deborah M. - Inflight WiFi - D. Kennedy, WiFi used on airplane during travel to NYC in preparation for Rule 2004 Examination of Elia Zois., 01/28/2020 | 18.99 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Car service expense during trip to NYC for Rule 2004 Examination of Elia Zois., 01/28/2020 - 01/30/2020 | 36.82 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Car service during trip/travel to NYC for Rule 2004 Examination of Elia Zois., 01/28/2020 - 01/30/2020 | 63.31 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 30.78 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 11.57 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 36.25 |
| UTOG 2 Way Radio Inc - Travel Expenses - Debra Kennedy 10/25/19 | 67.82 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 30.46 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 37.58 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 32.14 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Car service expense during trip to NYC for Rule 2004 Examination of Elia Zois., 01/28/2020 - 01/30/2020 | 46.80 |
| Kennedy, Deborah M. - Mileage - D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, 10/24/2019 - 10/25/2019 | 34.80 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, Car service during trip/travel to NYC for Rule 2004 Examination of Elia Zois., 01/28/2020 - 01/30/2020 | 35.56 |
| Kennedy, Deborah M. - Taxi/Car Service - D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, 10/24/2019 - 10/25/2019 | 120.00 |
| Kennedy, Deborah M. - Parking - D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, 10/24/2019 - 10/25/2019 | 8.00 |
| Kennedy, Deborah M. - Parking - D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, 10/24/2019 - 10/25/2019 | 56.00 |
| Kennedy, Deborah M. - Inflight WiFi - D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, | 18.99 |

Invoice No. 6412629
Jack McDonnell, as Chapter 7 Trustee
085206.0010 / Elia and Mariana Zois

**PerkinsCoie**

| Description | Amount |
|---|---:|
| 10/24/2019 | |
| Kennedy, Deborah M. - Airfare - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 1,146.60 |
| Kennedy, Deborah M. - Airfare - D. Kennedy, Airfare expenses for trip/travel to NYC for Rule 2004 Examination of Elia Zois., 01/28/2020 - 01/30/2020 | 989.80 |
| Kennedy, Deborah M. - Airfare - D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 728.80 |
| Kennedy, Deborah M. - Airfare - D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, 10/24/2019 - 10/25/2019 | 625.60 |
| Kennedy, Deborah M. - Lunch - D. Kennedy, D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 15.40 |
| Kennedy, Deborah M. - Breakfast - D. Kennedy, D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 13.45 |
| Kennedy, Deborah M. - Hotel - Dinner - D. Kennedy, D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 14.60 |
| Kennedy, Deborah M. - Breakfast - D. Kennedy, D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 5.62 |
| Kennedy, Deborah M. - Hotel - Dinner - D. Kennedy, D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 2.34 |
| Kennedy, Deborah M. - Dinner - D. Kennedy, D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 27.33 |
| Kennedy, Deborah M. - Dinner - D. Kennedy, D. Kennedy, Dinner during NYC trip for Rule 2004 Examination of Elia Zois., 01/28/2020 - 01/30/2020 | 22.51 |
| Kennedy, Deborah M. - Lunch - D. Kennedy, D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, 10/24/2019 - 10/25/2019 | 5.09 |
| Kennedy, Deborah M. - Lodging - D. Kennedy, 2019 0904 trip for meetings with the client and various governmental agencies regarding referral and related issues, 09/04/2019 - 09/06/2019 | 304.60 |
| Kennedy, Deborah M. - Lodging - D. Kennedy, Zois deposition, 03/04/2020 - 03/05/2020 | 248.26 |
| Kennedy, Deborah M. - Lodging - D. Kennedy, 2019 1024 Travel to NYC for Zois Subpoena Depositions, 10/24/2019 - 10/25/2019 | 431.79 |
| Kennedy, Deborah M. - Lodging - D. Kennedy, Two nights stay during NYC trip for Rule 2004 Examination of Elia Zois (1/28/2020 to 1/30/2020), 01/28/2020 - 01/30/2020 | 402.54 |
| Grubhub Corporate AR - Deborah Kennedy Meeting LUNCH 01/28 | 104.55 |
| Grubhub Corporate AR - Depo for Julie Vacura 01/24 | 101.00 |
| **Total** | **$10,931.92** |

**Total Disbursements and Other Services**
$10,931.92

**Total Invoice Amount**
$185,231.92