# EXHIBIT D

*Summary of Services Rendered by Timekeeper*

## SUMMARY OF SERVICES RENDERED BY TIMEKEEPER

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| Jeffrey D. Vanacore<br>*Senior Counsel* | 23.20 | $840.00 | $8,232.00 |
| | 5.60 | $890.00 | $4,984.00 |
| Deborah M. Kennedy<br>*Senior Counsel* | 115.10 | $730.00 | $54,750.00 |
| | 76.60 | $770.00 | $58,982.00 |
| Jeri Leigh Miller<br>*Associate* | 5.40 | $510.00 | $2,754.00 |
| Rachel A. Leibowitz<br>*Paralegal* | 10.60 | $265.00 | $1,325.00 |
| **Totals** | **236.50** | | **$131,027.00** |
| **Blended Rate** | | | **$554.02** |