# EXHIBIT E
*Certification of Counsel*

**PERKINS COIE LLP**
Jeffrey D. Vanacore
1155 Avenue of the Americas, 22nd Floor
New York, NY  10036-2711
Telephone: 212.262.6900
Email: JVanacore@perkinscoie.com

Deborah M. Kennedy (admitted *pro hac vice*)
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2339
Email: DKennedy@perkinscoie.com

Special Counsel to the Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 19-12556 (KCF) |
| ELIA J. ZOIS and MARIANA ZOIS, | Chapter 7 |
| Debtors. | Judge Kathryn C. Ferguson |

### CERTIFICATION OF COUNSEL

Jeffrey D. Vanacore, pursuant to 28 U.S.C. § 1746, states as follows:

1.  I am a senior counsel in the law firm of Perkins Coie LLP, special counsel for John M. McDonnell, the chapter 7 trustee, (the "Trustee") for the bankruptcy estates of Elia J. Zois and Mariana Zois, (the "Debtors").  I submit this Certification in connection with the First Interim and Final Application of Perkins Coie LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee (the "Application"), for the period from October 3, 2019 through May 6, 2020 (the "Application Period").

2.  In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the

152887461.1

Trustee, the Debtors, any creditor, or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed or paid from the assets of the Debtors' bankruptcy estates.

3.  In accordance with § 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Trustee herein, nor will any division of fees prohibited by § 504 of the Bankruptcy Code be made by me, or any partner or associate of my firm.

4.  I have reviewed the requirements of D.N.J. LBR 2016-3 and the Revised UST Guidelines, and certify to the best of my knowledge and belief that this Application substantially complies with such local rule, order, and guidelines.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated:  July 14, 2021                           */s/ Jeffrey D. Vanacore*
                                                Jeffrey D. Vanacore

152887461.1