UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PERKINS COIE LLP
Jeffrey D. Vanacore
Deborah M. Kennedy (admitted pro hac vice)
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Email: JVanacore@perkinscoie.com
Email: DKennedy@perkinscoie.com
Special Counsel to John M. McDonnell,
Chapter 7 Trustee

In Re:

ELIA J. ZOIS and MARIANA ZOIS

Case No.: 19-12556 (KCF)

Chapter: 7

Adv. No.:

Hearing Date: 08/05/2021

Judge: Kathryn C. Ferguson

## CERTIFICATION OF SERVICE

1. I, Rachel A. Leibowitz :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Perkins Coie LLP, who represents Chapter 7 Trustee, John McDonnell in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On July 1, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   First Interim and Application of Perkins Coie LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 1, 2021

/s/ Rachel A. Leibowitz
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John M. McDonnell, Trustee<br>115 Maple Avenue<br>Red Bank, New Jersey 07701 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eugene D. Roth<br>Law Office of Eugene D. Roth<br>Valley Pk. East<br>2520 Hwy 35, Suite 307<br>Manasquan, NJ 08736 | Debtors' Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elia J. Zois and Mariana Zois<br>88 Montrose Road<br>Colts Neck, NJ 07722 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Honorable Kathryn C. Ferguson<br>402 East State Street<br>Trenton, N.J. 08608 | Judge | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Morris S. Bauer<br>Catherine L. Corey<br>Norris McLaughlin & Marcus, PA<br>400 Crossing Boulevard, 8th Floor<br>Bridgewater NJ 08807 | Counsel to Creditor Fulton Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael E. Brown<br>Kyle Francis Eingorn<br>Dembo, Brown & Burns LLP<br>1300 Route 73, Suite 205<br>Mount Laurel NJ 08054 | Counsel to Creditor Summitbridge Credit Investments IV LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carol L. Knowlton<br>Gorski & Knowlton PC<br>311 Whitehorse Avenue, Suite A<br>Hamilton NJ 08610 | Counsel to Christ Zois | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Levine<br>Baron Samson LLP<br>27 Horseneck Road<br>Suite 210<br>Fairfield NJ 07004 | Counsel to Creditor Arch Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Linda T. Snyder<br>Meyner & Landis<br>One Gateway Center<br>Suite 2500<br>Newark NJ 07102 | Counsel to Creditor Investors Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bederson, LLP<br>347 Mt. Pleasant Avenue<br>West Orange, NJ 07052 | Accountant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*