UNITED STATES BANK
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PERKINS COIE LLP
Jeffrey D. Vanacore
Deborah M. Kennedy (admitted pro hac vice)
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.6900
Email: JVanacore@perkinscoie.com

In Re:

ELIA J. ZOIS and MARIANA ZOIS,

Debtors.

Case No.: 19-12556(KCF)

Hearing Date: 08/05/2021 at 2:30pm

Judge: Kathryn C. Ferguson

Chapter: 7

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

<u>APPLICANTS</u>                    <u>COMMISSION/FEES</u>                    <u>EXPENSES</u>

*rev.8/1/15*